IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

02 MAR 28 PM 12:39

TOLEDO

| | | |
|---|---|---|
| DAVID PURNELL, | : | |
| Petitioner, | : | Case No. 3:02CV7065 |
| vs. | : | JUDGE POTTER |
| KHELLEH KONTEH, WARDEN, | : | |
| Respondent. | : | |

## NOTICE OF FILING OF TRANSCRIPT

Respondent, by and through counsel, hereby files the transcript of the State

Court proceedings in *State v. Purnell.*

Respectfully submitted,

BETTY D. MONTGOMERY
Attorney General

STUART A. COLE (0017319)
Assistant Attorney General
Corrections Litigation Section
140 East Town Street, 14th Floor
Columbus, Ohio 43215-6001
(614) 644-7233

Trial Attorney for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Notice of Filing of Transcript was sent to Counsel for Petitioner, Theresa G. Haire, Assistant Public Defender, Office of the Ohio Public Defender, 8 East Long Street, 11th Floor, Columbus, Ohio 43215, via regular U.S. mail on this 25th of March, 2002.

STUART A. COLE
Assistant Attorney General

2